# United States District Court

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

**CRIMINAL COMPLAINT**

LORETO-Loreto, Carlos Ulises
AKA: Leal, Richard

A90 784 357

(Name and Address of Defendant)

CASE NUMBER:

**2 0 5 - MJ - 0 2 2 3  PAN**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 4, 2005__ in __Sacramento__ county, in the __Eastern__ District of __California__ defendant, (Track Statutory Language of Offense)

➢ an alien, was found in the city of Sacramento after having been arrested and deported from the United States and after he knowingly re-entered the United States without first having secured the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission,

in violation of Title __8__ United States Code, Section(s) __1326__

I further state that I am a(n) __Immigration and Customs Enforcement Special Agent__ and that this complaint is based on the following facts:
Official Title

➢ Defendant's immigration file reflects that he was deported from the United States at San Ysidro, California on **March 11, 2004**, and that further, the defendant has not received the consent of either the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission into the United States following his deportation.

Continued on the attached sheet and made a part hereof: ☐ Yes ☒ No

Signature of Complainant: Jose A. Ochoa, Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

August 8, 2005 at Sacramento, California
Date    City and State

Honorable Peter Nowinski
United States Magistrate
Name & Title of Judicial Officer    Signature of Judicial Officer